IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NATIONAL VENTURES MACON, LLC, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:06-cv-86 (CAR) |
| BLEAKLY ADVISORY GROUP, INC. and THE CITY OF MACON, GEORGIA, | : |
| Defendants. | : |

## J U D G M E N T

Pursuant to the Order of this Court filed March 21, 2007, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this action.

This 21st day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**